Argued 6 January, decided 1 February, 1904.

**FROMAN *v.* FROMAN.**

[75 Pac. 1135.]

From Linn: REUBEN P. BOISE, Judge.

Suit by Laura Ella Froman against Thomas Froman, in which defendant prevailed.                AFFIRMED.

For appellant there was a brief over the names of *Dan R. Murphy, Gale S. Hill,* and *John F. Watts,* with an oral argument by *Mr. Murphy* and *Mr. Hill.*

For respondent there was a brief over the name of *Weatherford & Wyatt,* with an oral argument by *Mr. J. R. Wyatt.*

PER CURIAM.—This is a suit for divorce. Both parties seek affirmative relief. The decree in the court below was in favor of defendant. No questions of law are involved. The evidence is voluminous and is of such a character as ought not to be embodied in an opinion. We have examined the record with care and concur in the conclusions of the trial court. The decree is, therefore, affirmed.

AFFIRMED.

Mr. Justice WOLVERTON took no part in the decision.